DECEMBER 2, 1997

No. 96–679.  PISCATAWAY TOWNSHIP BOARD OF EDUCATION *v.* TAXMAN.  C. A. 3d Cir.  [Certiorari granted, 521 U. S. 1117.] Writ of certiorari dismissed under this Court's Rule 46.1.

No. 97–847 (A–389).  SATCHER *v.* PRUETT, WARDEN.  C. A. 4th Cir.  Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.  Certiorari denied.  JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 97–6939 (A–393).  WILLIAMS *v.* HOPKINS, WARDEN.  C. A. 8th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.  Certiorari denied.